IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Tadros, Issa W

Printed: 02/24/09

Case Number: 08 B 23119
Judge: Goldgar, A. Benjamin
Filed: 8/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 13, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 1,837.00 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | CarMax Auto Finance | Secured | 0.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Secured | 1,900.00 | 0.00 |
| 7. | Phoenix Bond Company | Secured | 9,083.00 | 0.00 |
| 8. | Accredited Home Lenders | Secured | 55,000.00 | 0.00 |
| 9. | HSBC Mortgage Services | Secured | 6,273.73 | 0.00 |
| 10. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 515.00 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 12,290.71 | 0.00 |
| 14. | Marquette National Bank | Unsecured |  | No Claim Filed |
| 15. | Medshld Corp | Unsecured |  | No Claim Filed |
| 16. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 86,899.44 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tadros, Issa W | Case Number:  08 B 23119 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  8/30/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

*/s/ Mach*